613 A.2d 536

COMMONWEALTH of Pennsylvania, Appellee,

v.

Jose PEREZ, Appellant.

Supreme Court of Pennsylvania.

Argued April 8, 1992.

Decided June 17, 1992.

John W. Packel, Chief, Appeals Div., Leonard N. Sosnov, Philadelphia, for appellant.

Ronald Eisenberg, Deputy Dist. Atty., Catherine Marshall, Chief, Appeals Div., Deborah Fleisher, Asst. Dist. Atty., Philadelphia, for appellee.

Before FLAHERTY, McDERMOTT, ZAPPALA, PAPADAKOS and CAPPY, JJ.

### ORDER

PER CURIAM.

For the reasons stated in the opinion filed in *Commonwealth v. Corporan*, —— Pa. ——, 613 A.2d 530 (1992), we affirm.

NIX, C.J., did not participate in the consideration or decision of this matter.

LARSEN, J., did not participate in the consideration or decision of this matter.

ZAPPALA, J., concurs in the result.

CAPPY, J., notes his dissent.